**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-80672**

**MICHAEL GEORGE STRATOS,**

Plaintiff,

v.

**PALM BEACH COUNTY SHERIFF'S OFFICE *et al.*,**

Defendants.
_______________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE**

Pending before the Court is a Report and Recommendation (the "Report") [ECF No. 12] recommending that this Court dismiss Plaintiff's operative complaint [ECF No. 10] without prejudice. No objections were served and filed within fourteen (14) days of Plaintiff being served with a copy of the Report. Pursuant to Federal Rule of Civil Procedure 72, having reviewed the Report and record for clear error, the Court agrees with the Report's analysis and recommendation. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation [ECF No. 12] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is further **DIRECTED** to **CLOSE THIS CASE**.

4. All pending motions are **DENIED AS MOOT,** and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 3rd day of September 2026.

Ed Artau
_______________________________
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies served:

**Michael George Stratos**
801 Brickell Key Blvd.
Apt. 1108
Miami, FL 33131
PRO SE